

# Fourth Court of Appeals
## San Antonio, Texas

February 20, 2020

No. 04-19-00832-CV

Maryvel **SUDAY**, Independent Executor to Petitioner, Olga Tamez de Suday,
Appellant

v.

Jesus Lozano **SUDAY**,
Appellee

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3,625 CCL
Honorable Stephen B. Ables, Judge Presiding

## O R D E R

Appellant has filed a motion to stay this appeal, which is DENIED. In the alternative, appellant requests an extension of time in which to file appellant's brief. Appellant's motion for extension of time is GRANTED IN PART. Appellant's deadline for filing appellant's brief is extended by sixty (60) days. Appellant's brief is due on or before April 21, 2020. **Further requests for an extension of time in which to file appellant's brief will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court